**Order filed November 19, 2014**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00641-CV

————————

## IN THE INTEREST OF J.A.F., CHILD, Appellant

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2013-01179J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due November 17, 2014. No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order appointed counsel, William M. Thursland, to file appellant's brief no later than December 1,

2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.


PER CURIAM